**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERY MCCARTY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-563** |
| **ENTERPRISE PRODUCTS CO.** | **SECTION "H"** |

**JURY VERDICT FORM**

**(1) Do you find from a preponderance of the evidence that Plaintiff Jeffery McCarty suffered an injury to his lower back as a result of the event on September 1, 2015?**

We, the jury, unanimously find:

______________ YES ______✓______ NO

If the answer to Question (1) is "YES," please proceed to Question (2). If "NO," please sign and date this form and return it to the Marshal.

**(2) Do you find from a preponderance of the evidence that Defendant Enterprise Marine Services, LLC was negligent under the Jones Act and that its negligence was a cause, in whole or in part, of the damage or the injury to Plaintiff Jeffery McCarty?**

We, the jury, unanimously find:

______________ YES ______________ NO

Please proceed to Question (3).

**(3) Do you find from a preponderance of the evidence that the M/V Tee was unseaworthy and that its unseaworthy condition was a proximate cause of Plaintiff Jeffery McCarty's injury?**

We, the jury, unanimously find:

_____________ YES _____________ NO

If the answer to Question (2) OR (3) is "YES," please proceed to Question (4). If your answer to Question (2) AND (3) is "NO," please sign and date this form and return it to the Marshal.

**(4) Do you find from a preponderance of the evidence that Plaintiff Jeffery McCarty's negligence played a part in or contributed to his injury?**

We, the jury, unanimously find:

_____________ YES _____________ NO

If the answer to Question (4) is "YES," please proceed to Question (5). If "NO," proceed to Question (6).

**(5) Please allocate the percentage of negligence/fault you find each party had in causing the September 1, 2015 event (total must equal 100%).**

We, the jury, unanimously find:

_______ Enterprise Marine Services, LLC (Jones Act negligence and/or unseaworthiness)

_______ Jeffery McCarty

Please proceed to Question (6).

**(6) Do you find from a preponderance of the evidence that the November 9, 2016 truck incident was the intervening and superseding cause of Plaintiff Jeffery McCarty's damages that arose after the truck incident?**

We, the jury, unanimously find:

_____________ YES _____________ NO

Please proceed to question (7).

**(7) What amount, if any, will fairly and adequately compensate the Plaintiff Jeffery McCarty for injuries sustained as a result of the September 1, 2015 event?**

We, the jury, unanimously find:

| | |
|---|---|
| Past Lost Wages and Benefits | $____________________ |
| Future Lost Wages and Benefits | $____________________ |
| Past Medical Expenses | $____________________ |
| Future Medical Expenses | $____________________ |
| Pain and Suffering | $____________________ |

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 14th day of March, 2019.

[redacted]

**JURY REPRESENTATIVE**