**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JEFFERY MCCARTY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-563** |
| **ENTERPRISE PRODUCTS CO.** | **SECTION "H"** |

## ORDER AND REASONS

Plaintiff Jeffery McCarty's maritime personal injury lawsuit against Defendant Enterprise Marine Services, LLC ("Enterprise") included claims of Jones Act negligence, unseaworthiness and maintenance and cure.[1] A jury trial on those three claims commenced before this Court on March 11, 2019. During the trial, the Court granted Plaintiff's oral motion to sever his maintenance and cure claim from his other causes of action such that the jury would only consider Plaintiff's negligence and unseaworthiness claims. Plaintiff's claim for maintenance and cure is now pending before this Court.

The claims in this case stemmed from an allegation that Plaintiff hurt his back while working as a seaman for Defendant Enterprise on September 1, 2015. Following a four-day trial, the jury in this case found that Plaintiff had failed to show by a preponderance of evidence that Plaintiff had injured his

---

[1] Plaintiff's First Amended Complaint substituted Defendant Enterprise Marine Services, LLC for Defendant Enterprise Products Company. Doc. 5.

back while working for Enterprise on September 1, 2015. The Court adopts this finding of fact by the jury.

"If a seaman becomes ill or suffers an injury while in the service of a vessel, regardless of which party is to blame, his Jones Act employer owes him an absolute, non-delegable duty to pay a per diem living allowance for food and lodging, which is called 'maintenance,' as well as payment for medical, therapeutic, and hospital expenses, which is called 'cure.'"[2] Nevertheless, "[a] seaman's entitlement to maintenance and cure applies only to injuries suffered or . . . aggravated or that become manifest while he is in the service of the vessel."[3] Here, the jury found that Plaintiff failed to show he suffered an injury while in service of Defendant Enterprise's vessel. Because the Court adopts this finding, Plaintiff's claim for maintenance and cure must be denied.

## CONCLUSION

For the foregoing reasons, Plaintiff Jeffery McCarty's claim for maintenance and cure is **DISMISSED** with prejudice.

New Orleans, Louisiana this 18th day of March, 2019.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

[2] *In re* 4-K Marine, L.L.C., 914 F.3d 934, 937 (5th Cir. 2019) (internal quotations omitted).
[3] *Id.* (internal quotations omitted).