UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFERY MCCARTY | CIVIL ACTION |
| VERSUS | NO. 18-563 |
| ENTERPRISE PRODUCTS COMPANY | SECTION "H"(4) |

# JUDGMENT

Considering the verdict of the jury rendered on March 14, 2019;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of defendant Enterprise Marine Services, LLC and against plaintiff Jeffery McCarty.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that** plaintiff Jeffery McCarty's claim for maintenance and cure is DISMISSED with prejudice for reasons entered by the Court on March 18, 2019.

New Orleans, Louisiana, this 20th day of May, 2019.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE